*JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIAN YU,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ABERCROMBIE & FITCH STORES, et al.,<br><br>　　　　　Defendants. | Case No. CV 13-4519-GW(JEMx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

　　　Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety. Each party shall bear its own attorney fees and court costs.

　　　IT IS SO ORDERED.

Dated: October 7, 2013　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE GEORGE H. WU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE